1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  DEBORAH DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5

6        450 Golden Gate Avenue
         San Francisco, CA  94012

7        Telephone: (415) 436-7200
         FAX: (415) 436-7234

8        Email: deborah.r.douglas@usdoj.gov

9  Attorneys for the United States of America

10  UNITED STATES OF AMERICA          )   NO. CR 13-00340 JST
                                       )
11                  v.                 )
                                       )   STIPULATION AND [PROPOSED] ORDER
12  JAMIE DEVON JACK                   )   EXCLUDING TIME UNDER THE SPEEDY TRIAL
                                       )   ACT, 18.U.S.C. § 3161 ET SEQ.
13          Defendant.                 )
                                       )
14                                     )
    _____)
15

16        The United States of America, by and through its attorney of record, and defendant Jamie Devon

17  Jack ("defendant"), by and through his attorney of record, hereby stipulate as follows:

18        1.      For the reasons stated in open court on November 1, 2013, and upon the defendant's

19  request and consent, the Court continued the above-captioned matter to December 6, 2013 at 9:30 a.m.,

20  and excluded time under the Speedy Trial Act from November 1, 2013 through December 6, 2013 to

21  provide defense counsel with additional time to investigate this case for effective preparation.

22        2.      The parties stipulate and agree that this matter should be continued to December 6, 2013

23  and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable

24  time necessary for effective preparation, taking into account the exercise of due diligence. The parties

25  further stipulate and agree that the time from November 1, 2013 through December 6, 2013 should be

26  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A), on the

27  basis that the ends of justice are served by taking such action which outweigh the best interest of the

28  Stipulation and Order
    *U.S. v. Jamie Devon Jack, CR 13-00340 JST*

public and the defendant in a speedy trial and also under section (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

DATED: November 4, 2013                    MELINDA HAAG
                                           United States Attorney

                                           _____/s/_____
                                           DEBORAH R. DOUGLAS
                                           Assistant United States Attorney

DATED: November 4, 2013                    _____/s/_____
                                           ELIZABETH FALK
                                           Assistant Federal Public Defender
                                           Attorney for Defendant

<u>ORDER</u>

For the reasons stated in court on November 1, 2013, and upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to December 6, 2013 at 9:30 a.m. and that the time from November 1, 2013 through December 6, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The Court finds that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).

**IT IS SO ORDERED**

Dated: November 5, 2013                    _____
                                           HONORABLE JON S. TIGAR
                                           UNITED STATES DISTRICT JUDGE

Stipulation and Order
*U.S. v. Jamie Devon Jack, CR 13-00340 JST*