STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: joyce_leavitt@fd.org

Counsel for Defendant
JAMIE DEVON JACK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 13-00340 JST |
|---|---|
| Plaintiff,<br>v.<br>JAMIE DEVON JACK,<br>Defendant. | Stipulation and [Proposed] Order Modifying Conditions of Supervised Release |

**STIPULATION**

The parties hereby stipulate that the conditions of supervised release for Defendant Jamie Devon Jack may be modified to add a condition which requires that Mr. Jack reside in the residential re-entry center for up to 120 days as directed by the probation officer. Mr. Jack currently has a Petition for Arrest Warrant for Offender Under Supervision filed April 20, 2018 (Form 12) pending and he is in custody. The parties agree that Mr. Jack may be released to reside in the half-way house once space is available while the Form 12 is being resolved. However, the probation officer cannot make the half-way house placement referral to the Bureau of Prisons until the Court signs an order which adds the half-way house condition. Although Mr. Jack agrees with the proposed modification and would willingly sign a waiver placing him in the half-way house, he

is housed at Santa Rita Jail, and, in the interest of expediency, the parties are filing this stipulation and proposed order for the Court's signature. United States Probation Officer Jennifer Hutchings is aware of the requested modification and has no objection. All other conditions of supervised release previously imposed shall remain the same.

DATED: May 7, 2018                              /S/
                                         JOYCE LEAVITT
                                 Assistant Federal Public Defender

DATED: May 7, 2018                              /S/
                                         CHRISTINA McCALL
                                 Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Jamie Devon Jack's term of supervised release is hereby modified to add the following condition: The defendant shall reside at the residential re-entry center for up to 120 days, as directed by the probation officer and abide by the rules of the facility. All other conditions of supervised release remain the same.

IT IS SO ORDERED.

DATED: May 7, 2018                       _____
                                         JON S. TIGAR
                                         United States District Court Judge

*US v. Jack*, CR 13-00340 JST
Stip. to Modify; ~~Proposed~~ Order