STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Joyce_Leavitt@fd.org

Counsel for Defendant Jack

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 13–340 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM MAY 25, 2018 TO JUNE 29, 2018 FOR STATUS** |
| v. | |
| JAMIE DEVON JACK, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for defendant Jamie Devon Jack currently scheduled for Friday, May 25, 2018 at 9:30 a.m. before the Honorable Jon S. Tigar, may be continued to Friday, June 29, 2018, at 9:30 a.m. for status. The reason for the request is that defense counsel is unavailable on May 25, 2018, and June 29, 2018, is the first date that all of the parties are available. United States Probation Officer Jennifer Hutchings is aware of the request to continue Mr. Jack's court date and has no objection to the proposed continuance. She is available on June 29, 2018, should the court date be continued to that date.

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM MAY 25, 2018 TO JUNE 29, 2018 FOR STATUS
*JACK*, CR 13–340 JST

1

DATED: May 24, 2018                                    /s/
                                                       JOYCE LEAVITT
                                                       Assistant Federal Public Defender


DATED: May 24, 2018                                    /s/
                                                       GARTH HIRE
                                                       Assistant United States Attorney


I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for defendant Jamie Devon Jack currently scheduled for Friday, May 25, 2018 at 9:30 a.m. before the Honorable Jon S. Tigar, is hereby continued to Friday, June 29, 2018, at 9:30 a.m. for status.

IT IS SO ORDERED.

DATED: May 24, 2018                                    _____
                                                       HON. JON S. TIGAR
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM MAY 25, 2018 TO JUNE 29, 2018 FOR STATUS
*JACK*, CR 13–340 JST

2